UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TIMOTHY MACDUFF,

        Plaintiff,

  v.

SIMON MANAGEMENT ASSOCIATES II LLC,

        Defendant.

C.A. No. 3:20-CV-00773-RAR

SEPTEMBER 22, 2022

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

    PLAINTIFF

    /s/ Theodore W. Heiser
    Theodore W. Heiser (ct23807)
    Suisman, Shapiro, Wool, Brennan,
    Gray & Greenberg, P.C.
    Two Union Plaza, Suite 200
    P.O. Box 1591
    New London, CT 06320
    Telephone: 860-442-4416
    Facsimile: 860-442-0495

DEFENDANT

/s/ Maura Mastrony_____
Maura Mastrony (ct27787)
mmastrony@littler.com
LITTLER MENDELSON, P.C.
One Century Tower 265 Church Street,
Suite 300
New Haven, CT 06510
Telephone: 203-974-8700
Facsimile: 203-974-8799

{!02490326.DOCX; v.}                          2

## CERTIFICATION OF SERVICE

     I hereby certify that on this 22nd day of September 2022, the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system.  Parties may access this through the Court's system.

     Maura Mastrony
     Littler Mendelson P.C.
     One Century Tower
     265 Church Street, Suite 300
     New Haven, CT 06510
     MMastrony@littler.com

/s/ct 23807_____
Theodore W. Heiser

{!02490326.DOCX; v.}  3

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL (800) 442-4416    JURIS NO 62114